**Fill in this information to identify the case:**

**Debtor 1**     Hopkins, Gary

**Debtor 2**
(Spouse, if filing)

**United States Bankruptcy Court for the Eastern District of Kentucky, Lexington Division**

**Case Number**   5:18-bk-50483
(If known)

**[ x ]** Check if this is an amended plan, and list below the sections of the plan that have been changed.
2.1

Local From 3015-1(a)
# Chapter 13 Plan

12/17

## Part 2: Plan Payments and Length of Plan

**2.1 Debtor(s) will make regular payments to the trustee as follows:**

$ 922.80 per **month** for 3 months, **485.40** per **month** for **57** months

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

## Part 9: Signature(s):

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**

The Debtor(s) and attorney for the Debtor(s), if any, must sign below.

*/s/ Gary Hopkins*
Signature of Debtor 1

Signature of Debtor 2

Executed on **July 24, 2018**

Executed on **July 24, 2018**

*/s/ Ryan Atkinson*
**Signature of Attorney for Debtor(s)**

Date: **July 24, 2018**

By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form 3015-1(a), other than any nonstandard provisions included in Part 8.

**CERTIFICATE OF SERVICE**
**I certify that on the date shown below I mailed a copy of the Chapter 13 Plan, for the Debtor to the creditors listed on the matrix and to the Chapter 13 Trustee.**

*/s/ Ryan Atkinson*
**Signature of Attorney for Debtor(s)**

Date: **July 24, 2018**