**Fill in this information to identify the case:**

**Debtor 1**   Hopkins, Gary

**Debtor 2**
(Spouse, if filing)

**United States Bankruptcy Court for the Eastern District of Kentucky, Lexington Division**

**Case Number**   5:18-bk-50483
(If known)

[x ] Check if this is an amended plan, and list below the sections of the plan that have been changed.
2.1, 6.1

Local From 3015-1(a)
# Chapter 13 Plan

12/17

| Part 2: | **Plan Payments and Length of Plan** |

**2.1 Debtor(s) will make regular payments to the trustee as follows:**

$ **922.80** per **month**  for **3** months, **485.40** per **month**  for **2** months, **345.00** per **month**  for **55** months

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

| Part 6: | **Executory Contracts and Unexpired Leases** |

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** Check one.

[ ] **None**. If "None" is checked, the rest of § 6.1 need not be completed or reproduced.

[X] **Assumed items.** Current installment payments will be disbursed either by the trustee or directly by the debtor(s), as specified below, subject to any contrary court order or rule. Arrearage payments will be disbursed by the trustee. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid | Treatment of arrearage (Refer to other plan section if applicable) | Estimated total payments by trustee |
|---|---|---|---|---|---|
| **Toyota Motor Leasing** | **Lease of 2018 Toyota Tundra** | **0.00** <br> Disbursed by: <br> [ ] Trustee <br> [x ] Debtor(s) | **0.00** | | **0.00** |

| Part 9: | **Signature(s):** |

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**

The Debtor(s) and attorney for the Debtor(s), if any, must sign below.

*/s/ Gary Hopkins*
Signature of Debtor 1

_____
Signature of Debtor 2

Debtor **Hopkins, Gary**                                                                 Case Number **5:18-bk-50483**

Executed on **August 28, 2018**                                         Executed on **August 28, 2018**

*/s/ Ryan Atkinson*                                                              Date: **August 28, 2018**
**Signature of Attorney for Debtor(s)**

By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form 3015-1(a), other than any nonstandard provisions included in **Part 8**.

**CERTIFICATE OF SERVICE**
**I certify that on the date shown below I mailed a copy of the Amendment to Chapter 13 Plan, for the Debtor to the creditors listed on the matrix and to the Chapter 13 Trustee.**

*/s/ Ryan Atkinson*                                                              Date: **August 28, 2018**
**Signature of Attorney for Debtor(s)**